**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**CATINA RACHELLE CARTER**                                      **PLAINTIFF**

**V.**                                                            **NO. 3:20-CV-3-DMB-DAS**

**COMMISSIONER OF SOCIAL**
**SECURITY**                                                           **DEFENDANT**

## ORDER

On January 3, 2020, Catina Rachelle Carter filed a complaint seeking review of the denial of her claim for benefits under the Social Security Act. Doc. #1. Carter was granted leave to proceed in forma pauperis five days later. Doc. #3. On March 3, 2020, Carter filed a motion "seek[ing] a voluntary dismissal of her appeal," Doc. #6 at PageID #15, which has not been opposed. Upon consideration, the motion [6] is **GRANTED** and this case is **CLOSED**.

**SO ORDERED**, this 6th day of April, 2020.

                                                                                  **/s/Debra M. Brown**
                                                                                  **UNITED STATES DISTRICT JUDGE**